```
 1  State Bar # 077632
    RAY H. OLMSTEAD
 2  Attorney at Law
    P.O. Box 15031
 3  Santa Rosa, California 95402
    (707) 539-5551
 4
    Attorney for Veronica A. Tedeschi
 5  and Adrian George Tedeschi
 6
 7
 8
                    UNITED STATES BANKRUPTCY COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11
12  In re:                              Case No.: 10-12372
13  LYZA CHAVEZ                         Chapter 13
14          Debtor
                                    /
15
16            ORDER TERMINATING AUTOMATIC STAY
```

17    Hearing on the motion for relief from stay made by Veronica A.
18 Tedeschi and Adrian George Tedeschi, hereafter "Secured Creditors",
19 having come on regularly on August 26, 2010, before the Honorable
20 Alan Jaroslovsky in his courtroom in Santa Rosa, Ray H. Olmstead
21 having appeared on behalf of Secured Creditors, Peter N. Hadiaris
22 having appeared for the Debtor, good cause appearing,

23    IT IS HEREBY ORDERED, that the Debtor shall make monthly
24 payments to Secured Creditors in the amount of $1,833.83, on or
25 before the 5th day of September, October, and November, 2010.  In
26 the event that the Debtor fails to make any of these payments, when
27 due, then, without further order of the court, the automatic shall
28 be terminated so that Secured Creditors, and their agents,

1

successors and assigns, may commence and continue any and all actions necessary to foreclose upon the Debtor's real property located at 16095 Spruce Grove Road, Middletown, California, hereafter the "subject property", and thereafter take possession of that property pursuant to state law.

IT IS FURTHER ORDERED, that unless on or before December 5, 2010, the Debtor has obtained an order confirming a Chapter 13 plan that provides for Secured Creditors' claim as required by Section 1325(a) of the Code, then, without further order of the court, the automatic stay shall be terminated so that Secured Creditors, and their agents, successors and assigns, may commence and continue any and all actions necessary to foreclose upon the "subject property", and thereafter take possession of that property pursuant to state law.

Dated: September 3, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge