```
 1  PETER N. HADIARIS, ESQ.
    State Bar No. 122590
 2  600 Harrison St., Ste 120
    San Francisco, CA 94107
 3  (415) 593-0077
    Attorney for debtor
 4

 5

 6
                    UNITED STATES BANKRUPTCY COURT
 7
                    NORTHERN DISTRICT OF CALIFORNIA
 8
    In Re:                              )
 9                                      )
        LYZA CHAVEZ                     )   No. 10-12372
10                                      )
                   Debtor(s)            )   Chapter 13
11                                      )
    _____)   OBJECTION TO
12                                          CLAIM OF FORD
                                            MOTOR CREDIT CORP.
13                                          (Claim 7)

14      The debtor(s) object(s) to the following claim:

15  Creditor           Claim As Filed      Correct Claim

16  Ford Motor Credit  $16,841.81 total    $16,841.81 total
    Company            $15,160.00 secured  $11,660.00 secured
17
        The grounds for this objection are that the creditor has
18
    overstated the value of the collateral by improperly using the
19
    dealer's retail value from Kelly Blue Book, instead of private
20
    party sale value.  Dealer's retail value presumes a reconditioned
21
    vehicle in excellent condition, and then reflects the dealer's
22
    asking price, not the actual sale price.
23
        Bankruptcy Local Rule 9014-1 of the United States Bankruptcy
24
    Court of the Northern District of California prescribes the
25
    procedures to be followed.  Any objection to the disallowance of
26
    these claims, or a request for hearing in this matter, must be
27
    filed and served on the debtor's counsel within twenty days of
28
    the mailing of this notice.  An objection or request for hearing
```

must be accompanied by any declarations or memoranda which you want the court to consider in support of your position.  If there is no timely objection or request for hearing, the court may disallow these claims by default.  If there is a timely objection or request for hearing, the debtor's counsel shall set the claim objections for hearing in ten days' written notice to the objecting/requesting party and the trustee.

Dated: October 1, 2010    PETER N. HADIARIS, ESQ.

*__Peter N, Hadiaris__*
Peter N. Hadiaris, Esq.
Attorney for debtor

# CERTIFICATE OF SERVICE

CCP 1013a(2)

I, Peter N. Hadiaris, declare:

I am an active member of the State Bar of California and not a party to this case. My business address is 600 Harrison St., Ste 120, San Francisco, CA 94107.

I served this document by enclosing it in a sealed envelope and depositing it in the mail in San Francisco, California with postage fully prepaid, addressed to the other parties or attorneys of record as follows:

    Date of service:    September 24, 2010

    Document(s) served: objection to claim

    Persons served:    CT Corporation Service
                                818 W 7th St.
Michael Bannister, CEO    Los Angeles, CA 90017
Ford Motor Credit Company
Drawer 55-953; P O Box 55000
Detroit, MI 48255-095

Executed on September 24, 2010 in San Francisco, California. I declare under penalty of perjury that the foregoing is true and correct.

                                  ***Peter N. Hadiaris***
                                  Peter N. Hadiaris, Esq.