

AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

**Signed: November 19, 2010**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 10-12372 AJ |
| | (Chapter 13 Proceeding) |
| LYZA CHAVEZ, | |
| Debtor. | ORDER REGARDING POSITION OF SECURED CREDITOR, FORD MOTOR CREDIT COMPANY, UNDER CHAPTER 13 PROCEEDING |
| _____/ | |

The terms of the parties' stipulated agreement having been reviewed and considered, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  IT IS HEREBY ORDERED that Secured Creditor, FORD MOTOR CREDIT COMPANY (hereinafter referred to as "Secured Creditor") shall be allowed the following secured valuation under the above-captioned case: **$13,000.00, WITH INTEREST THEREON ACCRUING AT THE RATE OF 7.90% PER ANNUM** which represents the replacement value to Debtor, LYZA CHAVEZ (hereinafter collectively referred to as "the Debtor") of the 2006 Ford Escape [V.I.N. 1FMYU95H46KC06702] which is owned by Secured Creditor and which remains in the possession of the Debtor.

2.  IT IS HEREBY FURTHER ORDERED that Secured Creditor shall be entitled to receive pre- and post-Confirmation monthly adequate protection payments of no less than $400.00 per month under and pursuant to Debtor's Chapter 13 Plan.

3. IT IS HEREBY FURTHER ORDERED that Debtor shall amend it's Chapter 13 Plan and/or accompanying Schedules, as and if necessary, to ensure that the same conform with the terms set forth herein and to ensure that this Plan successfully completes within sixty (60) months from the date of confirmation.

APPROVED AS TO
FORM AND CONTENT:

Dated: November 12, 2010  /s/ Peter Hadiaris
PETER HADIARIS, ESQ.
Attorneys for Debtor,
LYZA CHAVEZ

FBKE.1943

**END OF ORDER**