```
State Bar # 077632
RAY H. OLMSTEAD
Attorney at Law
P.O. Box 15031
Santa Rosa, California 95402
(707) 539-5551

Attorney for Veronica A. Tedeschi
and Adrian George Tedeschi
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 10-12372 |
| LYZA CHAVEZ | Chapter 13 |
| Debtor | DATE: December 20, 2010 |
| | TIME: 10:00 a.m. |
| _____/ | COURT: Santa Rosa |

**DECLARATION OF VERONICA A. TEDESCHI IN SUPPORT OF**

**OBJECTION TO CONFIRMATION AND LIEN AVOIDANCE**

I, Veronica Tedeschi, declare:

1. My son, Adrian George Tedeschi, and I, are the holders of the Debtor's promissory note and deed of trust described herein. I have been in charge of collecting all payments required to be made under the terms of the loan to the Debtor. I have personal knowledge of the matters contained herein.

2. My son and I are the beneficiaries of a first deed of trust encumbering the Debtor's real property located at 16095

Spruce Grove Road, Middletown, California, hereafter the "subject property". This deed of trust secures an indebtedness in the original principal amount of $200,000, as evidenced by the Debtor's note dated August 26, 2005. Monthly, interest only payments were in the amount of $1,833.33. The note is due and payable in full at this time. True and correct copies of the note and deed of trust are attached to the proof of claim that we filed herein on September 9, 2010, as Claim No. 9-1.

3. Prior to the commencement of the case the Debtor defaulted in making payments under the note. As a result, we have commenced foreclosure by filing a NOD and then a Notice of Sale. This case was filed immediately prior to the sale date.

4. As of the date of the commencement of this case, the total amount due and owing under the aforementioned note and deed of trust, was $237,359.33, the components of which sum are itemized in the proof of claim. Additional interest has accrued since the filing of this case on July 27, 2010, and the Debtor has made three, interest-only adequate protection payments. Since the case was filed I have incurred attorney's fees and costs, including the fees of an appraiser. As of December 20, 2010, the amount owed will have increased to the sum of $244,804.33, which includes principal, interest, attorney's fees, appraiser's fees, and foreclosure charges.

5. Interest will continue to accrue following December 20, 2010, and I anticipate that I will incur further attorney's fees, and costs, including additional foreclosure charges.

6. In March, 2080, the Debtor listed the property for sale with a broker and it was listed in the Lake County MLS at $499,000.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 14, 2010

/s/ Veronica A. Tedeschi
Veronica A. Tedeschi
