Entered on Docket
December 23, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 22, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

PETER N. HADIARIS, ESQ.
State Bar No. 122590
17 Taylor Dr.
Fairfax, CA 94930
(415) 785-3477
Attorney for debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                ) No. 10-12372
                                      ) Chapter 13
   LYZA CHAVEZ                        )
                                      ) ORDER ON MOTION
              Debtor(s)               ) TO VALUE LIEN
                                      )
_____) December 20, 2010
                                        10:00 a.m.

This matter came before the court for final hearing on the motion of the debtor to value the lien of Veronica Tedeschi and Adrian Tedeschi on 16095 Spruce Grove, Middletown, CA. Ray Olmstead, Esq. appeared for the Tedeschis. Peter N. Hadiaris, Esq. appeared for the debtor. The court heard testimony and received exhibits by declaration and cross-examination, and announced its finding of facts on the record.

Therefore, it is ordered that the fair market value of 16095 Spruce Grove, Middletown, CA for purposes of this case is $190,000.

APPROVED AS TO FORM:


*Ray Olmstead*
Ray Olmstead, Esq.
Attorney for secured creditors

*** END OF ORDER ***